1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE GONZALES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC; BANK OF AMERICA, NATIONAL ASSOCIATION,<br><br>Defendants. | Case No.  1:20-cv-00159-AWI-BAM<br><br>**ORDER RE STIPULATION OF DISMISSAL**<br><br>(Doc. No. 16)<br><br>**ORDER DENYING DEFENDANT BANK OF AMERICA'S MOTION TO DISMISS AS MOOT**<br><br>(Doc. No. 7) |

On April 13, 2020, the parties filed a stipulation of dismissal of Defendant Bank of America, N.A. (sued as Bank of America, National Association) from this action with prejudice under Federal Rule of Civil Procedure 41(a). (Doc. 16).  In light of the stipulated dismissal, Defendant Bank of America, N.A., only, is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Additionally, IT IS HEREBY ORDERED that the motion to dismiss filed by Defendant Bank of America, N.A., on February 6, 2020, is DENIED as moot based on the stipulated dismissal.  (Doc. 7).

IT IS SO ORDERED.

Dated:   **April 14, 2020**          /s/ *Barbara A. McAuliffe*          
UNITED STATES MAGISTRATE JUDGE

1