UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE GONZALES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SPECIALIZED LOAN SERVICING, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00159-AWI-BAM<br><br>**ORDER CONTINUING INITIAL SCHEDULING CONFERENCE** |

Due to the current status of the case and in light of the motion to dismiss filed by Defendant Specialized Loan Servicing, LLC (Doc. No. 11) currently pending before District Judge Anthony W. Ishii, the Initial Scheduling Conference is HEREBY CONTINUED from 5/20/2020 to **June 30, 2020 at 9:30 AM in Courtroom 8 (BAM) before the undersigned**. The parties SHALL file a JOINT Scheduling Report one week prior to the conference. The parties are encouraged to appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3219139.** The Clerk of Court is further directed to serve a copy of this order on Plaintiff Arlene Gonzales at her address of record.

IT IS SO ORDERED.

Dated:　**May 15, 2020**　　　　　　　　　　/s/ *Barbara A. McAuliffe*　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1